UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN M. VILLANUEVA,                    :<br>            Petitioner,            :<br>         v.                           :<br>                                      :<br>SUPERINTENDENT LUTHER, DISTRICT       :<br>ATTORNEY OF THE COUNTY OF             :<br>HARRISBURG, ATTORNEY GENERAL          :<br>OF THE STATE OF PENNSYLVANIA,         :<br>            Respondents.             : | No. 2:16-cv-1043 |

**O R D E R**
**Report and Recommendation, ECF No. 5 – Adopted in Part**

**AND NOW**, this 20th day of May, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 5, is **ADOPTED in part**, as provided in the accompanying Memorandum;

2. The Petition for Writ of Habeas Corpus, ECF No. 1, is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania;

3. There is no basis for the issuance of a certificate of appealability, see Bell v. Kinston Rehab. Ctr., No. 11-41, 2011 U.S. Dist. LEXIS 11531, at *2 (D. Del. Feb. 7, 2011) (Schiller, J.) (concluding that there was no basis for the issuance of a certificate of appealability after dismissing the § 2254 petition for lack of jurisdiction); and

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge